UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JANET SEAMAN,

    Plaintiff,

v.                                 Case No.  6:12-cv-1347-Orl-28TBS

MICHAEL McGUIGAN
d/b/a McGUIGAN LAW OFFICE, LLC,
JAMES COURTNEY, and
DOES 1-10

    Defendants.
_____

## ORDER

Pending before the Court is Plaintiff's Motion for Entry of Default. (Doc. 8). Pursuant to Federal Rule of Civil Procedure Rule 55(a), Plaintiff requests entry of a Clerk's Default against Defendant McGuigan Law Office, LLC for failing to plead or otherwise defend against this action. On September 4, 2012, Plaintiff Janet Seaman filed this action against Defendant. According to the return of service, on September 18, 2012, Plaintiff attempted to serve Defendant by serving Defendant's manager. (Doc 7).  In violation of Local Rule 3.01(a), Plaintiff has filed no memorandum of law with her motion analyzing and explaining why service on a manager is effective service under Florida Law, Pennsylvania Law, or Federal Rule of Civil Procedure 4.

Accordingly, and upon due consideration, Plaintiff's Motion For Entry of Default (Doc. 8) is **DENIED without prejudice**.  Plaintiff may re-file her motion in compliance with Local Rule 3.01(a) and this Order.

    **IT IS SO ORDERED.**

**DONE AND ORDERED** in Orlando, Florida, on October 19, 2012.

_____
THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel