UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JANET SEAMAN,

      Plaintiff,

v.                                                                    Case No.  6:12-cv-1347-Orl-28TBS

MICHAEL McGUIGAN
d/b/a McGUIGAN LAW OFFICE, LLC,
JAMES COURTNEY, and
DOES 1-10

      Defendants.
_____

## ORDER

Pending before the Court is Plaintiff's Second Motion and Memorandum for
Entry of Default. (Doc. 10).  Pursuant to Federal Rule of Civil Procedure Rule 55(a),
Plaintiff requests entry of a Clerk's Default against Defendant McGuigan Law Office,
LLC for failing to plead or otherwise defend against this action. On September 4, 2012,
Plaintiff Janet Seaman filed this action against Defendant.  According to the return of
service, on September 18, 2012, Plaintiff served Defendant by leaving a Complaint and
Summons with Defendant's manager, in compliance with Pennsylvania Rule of Civil
Procedure 424(2). (Docs. 7, 10).  Defendant's response to the Complaint was due on or
before October 9, 2012.  However, to date, Defendant has not served a responsive
pleading. (See Docket).

Accordingly, and upon due consideration, Plaintiff's Second Motion and
Memorandum for Entry of Default. (Doc. 10) is **GRANTED**.  The Clerk is directed to
enter a default, but not default judgment, against Defendant McGuigan Law Office, LLC

for failing to serve an answer or otherwise respond as required by law.  Fed.R.Civ.P.

12(a) and 55(a).

**IT IS SO ORDERED.**

**DONE AND ORDERED** in Orlando, Florida, on October 25, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel

2