UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JANET SEAMAN,

          Plaintiff,

-vs-                                          Case No. 6:12-cv-1347-Orl-28TBS

MICHAEL MCGUIGAN, MCGUIGAN
LAW OFFICE, LLC, JAMES COURTNEY,
DOES 1-10,

          Defendants.

---

## ORDER

This case is before the Court on Plaintiff's Motion for Default Judgment (Doc. No. 13) filed November 27, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed February 11, 2013 (Doc. No. 18) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Default Judgment is **GRANTED in part** and **DENIED in part**. The Clerk is directed to enter judgment in favor of Plaintiff and against Defendant McGuigan Law Office, LLC for $100.00 in statutory damages; $2,305.45 in attorney's fees; and $400.00 in costs.

3.      Plaintiff has not served any other Defendant and the time to do so has passed. See Fed. R. Civ. P. 4(m). Plaintiff shall show cause in writing to this Court within fourteen (14) days from the date of this Order why this case should not be dismissed as to the remaining Defendants.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_5\_\_ day of March, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party